82,374-01102

Court of Criminal Appeals
of Texas
P.O. Box 12308, Capitol
Station, Austin, Texas
78711

John L. Matthews

RE: NO. 10823JD-HC1

Dear Clerk,
         Can you tell me if they dismissed
my writ of mandamus? ~~the~~ And does that
mean that my writ of 11.07 has been denied
also. Please help me to understand this matter.
Thank you in this matter.

                                    Sincerely Yours
                                    John Matthews

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 25 2015
Abel Acosta, Clerk